■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELROY GRANT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered January 21, 1983, convicting him of attempted murder in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that he was deprived of his right of confrontation when a police detective testified concerning statements made by a man seen with the defendant just prior to the shooting (see, US Const 6th Amend; Pointer v Texas, 380 US 400). However, the defendant did not object to this

testimony, elicited on redirect examination, which merely expounded on an issue introduced by the defendant on cross-examination. In any event, the proof of guilt, which includes the defendant's admission to his paramour and the identification of the defendant by a police officer and another eyewitness, is overwhelming *(see, People v Sheffield,* 118 AD2d 882, *lv denied* 68 NY2d 773) and we find no reasonable possibility that the admission of the now-challenged testimony contributed to the defendant's conviction. Thus, any error in the admission of the testimony was harmless beyond a reasonable doubt *(see, People v Crimmins,* 36 NY2d 230, 237).

The defendant's sentence was not harsh or excessive *(see, People v Suitte,* 90 AD2d 80). We have considered the defendant's remaining contentions and find them to be both meritless and unpreserved for appellate review. Lawrence, J. P., Eiber, Sullivan and Harwood, JJ., concur.